## Case No. 16,488.

### UNITED STATES v. THOMPSON.

[Hoff. Land Cas. 79.] [1]

District Court, N. D. California. Dec. Term, 1855.

#### MEXICAN LAND GRANTS.

No objections to the confirmation of this claim.

[Claim by Joseph P. Thompson for two leagues of land, comprising part of the Rancho Entre-Napa, in Napa county; confirmed by the board of land commissioners, and appeal taken by the United States.]

S. W. Inge, U. S. Atty.
Halleck, Peachy & Billings, for appellee.

HOFFMAN, District Judge. The land claimed in this case is part of the rancho of

---

[1] [Reported by Numa Hubert, Esq., and here reprinted by permission.]

Entre-Napa, originally granted to Nicolas Higuera by Governor Manuel Chico, on the ninth of May, 1836. The authenticity of the grant is duly proved, and the expediente is produced from the archives of the former government. It is also shown that the grantee occupied the land the same year the grant was made; that he built a house and corrals upon it; that he cultivated a part of it, and continued to live on it until his death, in 1852. Before his death he had sold a portion of his land to the present claimant. The conveyances to the latter are produced and proven. It is also shown by the proper documentary evidence that the grantee applied for juridical measurement, and that the same was in due form made, and possession of the lands with defined boundaries given to the grantee on the eleventh of January, 1842. Under these circumstances, no reason for rejecting the claim is perceived, nor has any been stated on the part of the appellants. It must therefore be confirmed.